STATE OF CONNECTICUT *v.* JOHN W. BRISCO

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 120 (AC 23739), is denied.

*Conrad Ost Seifert,* in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided November 10, 2004

DEBRA A. BRENNAN *v.* GILBERT A. BRENNAN, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 172 (AC 23120), is denied.

*Lori Welch-Rubin,* in support of the petition.

Decided November 10, 2004

BRUCE SCLAFANI *v.* JACK S. DWECK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 151 (AC 23206), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Brenden P. Leydon,* in support of the petition.

*Sperry A. DeCew,* in opposition.

Decided November 10, 2004